UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:09-CR-079-005 |
| ) | JUDGE JORDAN |
| TIFFANY CRASS ) | |

AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Tiffany Crass, and the defendant admits that she has violated certain conditions of her supervised release, specifically violation numbers 1 through 4 as outlined in the petition. An agreement has been reached between the parties recommending that defendant's supervised release should be revoked and that she receive a sentence of five (5) months incarceration followed by twenty-four (24) months of supervised release. Additional special conditions of supervised release shall be imposed, requiring her to reside at the Midway Rehabilitation Center for a term of up to six (6) months immediately upon her release from the federal Bureau of Prisons, and further requiring that she receive mental health treatment as recommended by the United States Probation Office during supervised release, and drug testing and/or treatment. All other original terms of supervision will remain in effect.

Defendant waives her right to a hearing pursuant to Rule 32 of the Federal Rules of Criminal Procedure, waives her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant are "Grade C" violations. The parties agree that the advisory guideline range would be 4-10 months

imprisonment. There is a statutory maximum of three years imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. § 3553(a) and has considered the fact that defendant is expected to reside in a halfway house as a special condition of supervised release following her release from incarceration.

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of five (5) months incarceration followed by twenty-four (24) months of supervised release. Special conditions of supervised release shall be imposed, requiring her to reside at the Midway Rehabilitation Center for a term of up to six (6) months immediately upon her release from the federal Bureau of Prisons, and further requiring mental health treatment as recommended by the United States Probation Office during supervised release, and drug testing and/or treatment. All other original terms of supervision will remain in effect.

ENTER this the __17th__ day of November, 2014.

_____
HONORABLE LEON JORDAN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
David P. Lewen, Jr.
Assistant U.S. Attorney

_____
Ruth Ellis, Counsel for Defendant

_Tiffany Cross_
Tiffany Cross, Defendant

_Jennifer Fletcher_
Jennifer Fletcher
U.S. Probation Officer